UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PATRICK A. CANNAVAN,

Plaintiff,

v.

NEWSOM, *et al.*,

Defendants.

Case No. 1:26-cv-06045 KES BAM (PC)

ORDER DENYING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

Doc. 16

Plaintiff Patrick A. Cannavan is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

The assigned magistrate judge screened the complaint and found this action was duplicative of *Cannavan v. Newsom*, Case No. 1:26-cv-05670-FJS (PC) ("*Cannavan I*"). Doc. 11. The magistrate judge recommended dismissal of the action. *Id.* The Court adopted the findings and recommendations in full and dismissed the action as duplicative on October 13, 2026. Doc. 14 at 1-2. The Clerk of the Court entered judgment on the same date. Doc. 15.

On October 19, 2026, Cannavan timely filed a notice of appeal, together with a motion to proceed *in forma pauperis* on appeal. Doc Nos. 16, 18.

For the reasons discussed below, the Court certifies Plaintiff's appeal is not taken in good faith, and his in forma pauperis status is revoked.

Rule 24(a) of the Federal Rules of Appellate Procedure provides, in relevant part, as

follows:

> (3) **Prior Approval.** A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless:
>
> (A) the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding[.]

Fed. R. App. P. 24(a)(3)(A).

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." The good faith standard is an objective one, and good faith is demonstrated by when an individual "seeks appellate review of any issue not frivolous." *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). For purposes of 28 U.S.C. § 1915, an appeal is frivolous if it lacks any arguable basis in law or fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

Cannavan's lawsuit was duplicative and subject to dismissal as frivolous or malicious under 28 U.S.C. § 1915(e). Cannavan also filed numerous other cases in this district that were likewise dismissed as duplicative of *Cannavan I*, and he is pursuing appeals in multiple of those cases. The Court certifies that plaintiff's appeal is not taken in good faith.

The Court ORDERS:

1. Plaintiff's motion to proceed in forma pauperis on appeal, (Doc. 16), is denied;
2. Pursuant to 28 U.S.C. § 1915(a)(3), Plaintiff is not entitled to proceed in forma pauperis on appeal;
3. The Clerk of the Court is directed to notify the United States Court of Appeals for the Ninth Circuit that this court certifies, pursuant to Federal Rule of Appellate Procedure 24(a)(3)(A), that plaintiff's appeal is not taken in good faith, and he must therefore seek further authorization from the Court of Appeals pursuant to Rule 24(a)(5) to obtain leave to proceed in forma pauperis on appeal; and

///

///

4. The Clerk of the Court is directed to serve a copy of this order on the parties and the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated: November 3, 2026

UNITED STATES DISTRICT JUDGE